IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
May 28, 2020
Lyle W. Cayce
Clerk

No. 19-40262
Conference Calendar

D.C. Docket No. 4:17-CR-198-3

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JOSE MARIA LOAIZA-GASPAR, also known as Chema,

    Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Texas

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

**Certified as a true copy and issued
as the mandate on Jun 19, 2020**

**Attest:**
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
May 28, 2020

Lyle W. Cayce
Clerk

No. 19-40262
Conference Calendar

---

UNITED STATES OF AMERICA,

        Plaintiff-Appellee

v.

JOSE MARIA LOAIZA-GASPAR, also known as Chema,

        Defendant-Appellant

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-198-3

---

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    The attorney appointed to represent Jose Maria Loaiza-Gaspar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Loaiza-Gaspar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Loaiza-Gaspar's response. We concur with counsel's assessment that the appeal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 19-40262　　Document: 00515458295　　Page: 2　　Date Filed: 06/19/2020
Case 4:17-cr-00198-SDJ-KPJ   Document 475   Filed 06/19/20   Page 3 of 4 PageID #:  2027

No. 19-40262

presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 19, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40262    USA v. Jose Loaiza-Gaspar
                        USDC No. 4:17-CR-198-3

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dawn M. Shulin, Deputy Clerk
                        504-310-7658

cc w/encl:
    Mr. Ernest Gonzalez
    Mr. Jose Maria Loaiza-Gaspar
    Mr. Bradley Elliot Visosky