# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 7, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: Jose Maria Loaiza-Gaspar
> v. United States
> No. 20-6124
> (Your No. 19-40262)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40262    USA v. Jose Loaiza-Gaspar
                      USDC No. 4:17-CR-198-3

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            /s/ Stacy Carpenter
                          By: _____
                          Stacy M. Carpenter, Deputy Clerk